**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Rosalyn Underwood**
156 Bethesda Church Rd Apt 123
Lawrenceville, GA 30044

**xxx−xx−7880**

Case No.: **26−58652−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

**ORDER OF DISMISSAL FOR FAILURE TO
APPEAR AT SECTION 341 MEETING OF CREDITORS**

Whereas the debtor has failed to attend the meeting of creditors pursuant to 11 U.S.C. Section 341; and after consideration and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The above−styled case is dismissed; and,

2. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the Debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: October 13, 2026

Form 185